A CERTIFIED TRUE COPY

SEP 27 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1354

FILED
OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION*

*Michael D. Woods, et al. v. Citigroup, Inc., et al.,* D. Arizona, C.A. No. 4:04-351

## CONDITIONAL TRANSFER ORDER (CTO-10)

On August 29, 2000, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, nine additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Robert E. Keeton.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Keeton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 29, 2000, and, with the consent of that court, assigned to the Honorable Robert E. Keeton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 27 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2004

DOCKET NO. 1354

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

*Michael D. Woods, et al. v. Citigroup, Inc., et al.*, D. Arizona, C.A. No. 4:04-351

### CONDITIONAL TRANSFER ORDER (CTO-10)

On August 29, 2000, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, nine additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Robert E. Keeton.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Keeton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 29, 2000, and, with the consent of that court, assigned to the Honorable Robert E. Keeton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## INVOLVED COUNSEL LIST (CTO-10)
## DOCKET NO. 1354
## IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

Howard Ross Cabot
Perkins, Coie, Brown & Bain, P.A.
2901 North Central Avenue
P.O. Box 400
Phoenix, AZ 85001-0400

Jerry M. Myers
432 East Speedway
Tucson, AZ 85705

Seth M. Schwartz
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522