Docket as of October 7, 2004 11:40 pm　　　　　　　　　　　　　　　　　　　　　　　　Web PACER (v2.4)

# U.S. District Court

## U.S. District Court for the District of Arizona (Tucson)

### CIVIL DOCKET FOR CASE #: 04-CV-351

### Woods, et al v. Citigroup Inc, et al

Filed: 07/12/04
Assigned to: Judge Frank R Zapata
Referred to: Magistrate Judge Charles R Pyle
Demand: $0,000
Nature of Suit: 850
Lead Docket: None
Jurisdiction: Federal Question
Dkt # in Pima Cty Sup Ct : is C20042935
Cause: 28:1331 Securities and Exchange Act of 1934

```
MICHAEL D WOODS, on behalf of      Jerry Mathias Myers
themselves                         FAX (520)792-0501
     pla                           [COR LD NTC ret]
                                   432 E Speedway
                                   Tucson, AZ 85705
                                   624-8512

========================

ALLEN B LORENZI, on behalf of      Jerry Mathias Myers
themselves                         FAX (520)792-0501
     pla                           [COR LD NTC ret]
                                   432 E Speedway
                                   Tucson, AZ 85705
                                   624-8512

========================

CITIGROUP INC                      Howard Ross Cabot, Esq
     dft                           FTS 351-8235
                                   FAX (602)648-7135
                                   [COR LD NTC ret]
                                   Perkins Coie Brown & Bain PA
                                   PO Box 400
                                   Phoenix, AZ 85001-0400
                                   (602)351-8000

                                   Seth M Schwartz
                                   [COR LD NTC ret]
```

```
                                        William F Clarke, Jr
                                        [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
                                        Flom LLP


                                        4 Times Sq
                                        New York, NY 10036
                                        (212)735-3000
========================

SALOMON SMITH BARNEY INC,               Howard Ross Cabot, Esq
Salmon Smith Barney Holdings            FTS 351-8235
Inc                                     FAX (602)648-7135
     dft                                [COR LD NTC ret]
                                        Perkins Coie Brown & Bain PA
                                        PO Box 400
                                        Phoenix, AZ 85001-0400
                                        (602)351-8000

                                        Seth M Schwartz
                                        [COR LD NTC ret]
                                        William F Clarke, Jr
                                        [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
                                        Flom LLP
                                        4 Times Sq
                                        New York, NY 10036
                                        (212)735-3000

========================

PRIMERICA FINANCIAL SERVICES            Howard Ross Cabot, Esq
OF ARIZONA INC                          FTS 351-8235
     dft                                FAX (602)648-7135
                                        [COR LD NTC ret]
                                        Perkins Coie Brown & Bain PA
                                        PO Box 400
                                        Phoenix, AZ 85001-0400
                                        (602)351-8000

                                        Seth M Schwartz
                                        [COR LD NTC ret]
                                        William F Clarke, Jr
                                        [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
                                        Flom LLP
                                        4 Times Sq
                                        New York, NY 10036
                                        (212)735-3000

========================



CITICORP                                Howard Ross Cabot, Esq
     dft                                FTS 351-8235
                                        FAX (602)648-7135
                                        [COR LD NTC ret]
```

```
                                        Perkins Coie Brown & Bain PA
                                        PO Box 400
                                        Phoenix, AZ 85001-0400
                                        (602)351-8000

                                        Seth M Schwartz
                                        [COR LD NTC ret]
                                        William F Clarke, Jr
                                        [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
                                        Flom LLP
                                        4 Times Sq
                                        New York, NY 10036
                                        (212)735-3000

========================

CITIFINANCIAL INC                       Seth M Schwartz
     dft                                [COR LD NTC ret]
                                        William F Clarke, Jr
                                        [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
                                        Flom LLP
                                        4 Times Sq
                                        New York, NY 10036
                                        (212)735-3000

========================

TRAVELERS PROPERTY CASUALTY             Seth M Schwartz
COMPANY, Travelers Property             [COR LD NTC ret]
Casualty Corp                           William F Clarke, Jr
     dft                                [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
                                        Flom LLP
                                        4 Times Sq
                                        New York, NY 10036
                                        (212)735-3000

========================

TRAVELERS INSURANCE COMPANY             Seth M Schwartz
     dft                                [COR LD NTC ret]
                                        William F Clarke, Jr

                                        [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
                                        Flom LLP
                                        4 Times Sq
                                        New York, NY 10036
                                        (212)735-3000

========================

TRAVELERS, Travelers Life &             Seth M Schwartz
Annuity Company                         [COR LD NTC ret]
     dft                                William F Clarke, Jr
                                        [COR LD NTC ret]
                                        Skadden Arps Slate Meagher &
```

```
                    Flom LLP
                    4 Times Sq
                    New York, NY 10036
                    (212)735-3000
```

## DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 7/12/04 | 1 | NOTICE of removal from Pima County Superior Court; Court Number: C20042935. Considered for possible arbitration. (lmf) [Entry date 07/20/04] |
| 7/22/04 | 2 | NOTICE by dft Citigroup Inc, dft Salomon Smith Barney, dft Primerica Financial, dft Citicorp, dft Citifinancial Inc of Filing Tag-Along action with Judicial Panel Multidistrict litigation. (lmf) [Entry date 07/29/04] |
| 7/28/04 | 3 | Party elects assignment of case to district judge ; mag election form ddl satisfied 7/28/04 (lmf) [Entry date 08/02/04] |
| 8/2/04 | 4 | MINUTE ORDER Case reassigned to Judge Frank R. Zapata a request has been received for a random reassignment of this case to a District Judge. Case reassigned by random draw to Judge Frank R Zapata. All further pleadings should now list the following COMPLETE case number: CIV-04-351-TUC-FRZ .(with notice sent) (cc: all counsel) [4-2] (lmf) [Entry date 08/02/04] |
| 8/4/04 | 5 | ORDER by Judge Frank R. Zapata Case referred to Magistrate Judge Charles R. Pyle for all pretrial proceedings & report & recommendation in accordance with the provisions of 28 U.S.C 636(b)(1) & Local Rules 1.16 & 1.17, Rules of Practice of the US District Court for the District oif Arizona. All future filings in this case shall be designated CV-04-351-TUC-FRZ-CRP. The parties are directed to use this case number on all future filings (cc: all counsel) (kt) [Entry date 08/05/04] |
| 8/11/04 | 6 | MOTION to remand this case to Pima County Superior Court by pla Michael D Woods, pla Allen B Lorenzi [6-1] (kt) [Entry date 08/12/04] |
| 8/11/04 | 7 | MEMORANDUM by pla Michael D Woods, pla Allen B Lorenzi re motion to remand this case to Pima County Superior Court by |

```
                        pla Michael D Woods, pla Allen B Lorenzi [6-1] [6-1] (kt)
                        [Entry date 08/12/04]

8/30/04    8            STIPULATION  on motions to remand, prospective motion to
                        stay and response to complaint by pla, dft (kt)
                        [Entry date 08/31/04]

8/31/04    9            MOTION for admission pro hac vice as to Seth M Schwartz,
                        atty for dft Citigroup Inc, dft Salomon Smith Barney, dft
                        Primerica Financial, dft Citicorp, dft Citifinancial Inc,
                        dft Travelers Property, dft Travelers Insurance, dft
                        Travelers [9-1] (kt) [Entry date 09/01/04]


8/31/04    10           MOTION for admission pro hac vice as to William F Clarke,
                        Jr, atty for dft Citigroup Inc, dft Salomon Smith Barney,
                        dft Primerica Financial, dft Citicorp, dft Citifinancial
                        Inc, dft Travelers Property, dft Travelers Insurance, dft
                        Travelers [10-1] (kt) [Entry date 09/01/04]


9/1/04     11           ORDER  by Magistrate Judge Charles R. Pyle  granting
                        stipulation  on motions to remand, prospective motion to
                        stay and response to complaint by pla, dft; dft's shall
                        have until 9/10/04 to serve & file their brief in
                        opposition to pla's mtn to remand & proposed mtn to stay
                        these proceedings; pla's shall have until 9/20/04 to serve
                        & file their rply brief to the mtn to remand their brief in
                        opposition to such motion to stay; dft's shall have untilk
                        9/27/04 to serve & file a reply brief in support of any
                        such motion to stay; oral argument on the motions, if
                        allowed, shall be held simultaneously and at such time as
                        may be set by the Court; dft's shall not be required to
                        respond to the cmp or any amendments thereto until 10 days
                        after the Court files a decision on the motions, unless
                        otherwise agreed to by the parties or the Court grant's
                        dft's mtn to stay (cc: all counsel) (kt)
                        [Entry date 09/02/04]

9/2/04     --           Pro Hac Vice $25 Fee Paid as to William F Clarke Jr (bas)
                        [Entry date 09/02/04]

9/2/04     --           Pro Hac Vice $25 Fee Paid as to Seth M Schwartz (bas)
                        [Entry date 09/02/04]

9/2/04     12           ORDER  by Magistrate Judge Charles R. Pyle  granting
                        motion for admission pro hac vice as to William F Clarke,
                        Jr, atty for dft Citigroup Inc, dft Salomon Smith Barney,
                        dft Primerica Financial, dft Citicorp, dft Citifinancial
                        Inc, dft Travelers Property, dft Travelers Insurance, dft
                        Travelers [10-1] (cc: all counsel) (kt)
                        [Entry date 09/07/04]

9/2/04     13           ORDER  by Magistrate Judge Charles R. Pyle  granting
                        motion for admission pro hac vice as to Seth M Schwartz,
                        atty for dft Citigroup Inc, dft Salomon Smith Barney, dft
                        Primerica Financial, dft Citicorp, dft Citifinancial Inc,
                        dft Travelers Property, dft Travelers Insurance, dft
                        Travelers [9-1] (cc: all counsel) (kt) [Entry date 09/07/04]

9/10/04    14           RESPONSE by dft to motion to remand this case to Pima
```

```
                    County Superior Court by pla Michael D Woods, pla Allen B
                    Lorenzi [6-1] (kt) [Entry date 09/13/04]

9/10/04    15       MOTION for temporary stay pending a determination of
                    transfer of this action for consolidation withrelated
                    pending multidistrict litigation and memorandum of law in
                    support by dft [15-1] (kt) [Entry date 09/13/04]

10/1/04    16       NOTICE by dft's of Issuance of MDL Conditional Transfer
                    Order (kt) [Entry date 10/01/04]
```

Case Flags:
CSMDDL

END OF DOCKET: 4:04cv351

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2004 09:51:15 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 4:04cv00351 |
| **Billable Pages:** | 7 | **Cost:** | 0.49 |