# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

04-12262-REK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**RONNIE HONEY**
CHIEF DEPUTY CLERK
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**WILLIAM M. MCCOOL**
CHIEF DEPUTY CLERK
JAMES A. WALSH COURTHOUSE
44 E. BROADWAY BOULEVARD, ROOM 202
TUCSON, ARIZONA 85701-1711

November 10, 2004

Office of the Clerk
United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

CIV-04-351-TUC-FRZ-CRP
Your MDL Case Number: MDL 1354:
Michael D Woods and Allen B Lorenzi vs Citigroup, Inc, et al

Dear Sir:
Pursuant to the MDL conditional transfer order received transferring the above-captioned case to your court, we are enclosing a certified copy of docket sheet & complaint.

Please acknowledge receipt of the above on the enclosed copy of the letter.

Very truly yours,

RICHARD H. WEARE, CLERK

*Kathie Thornton*

By:   Kathie Thornton
      Deputy Clerk

cc:   File
      FRZ, CRP
      Counsel of Record


Received this date _____   New Case Number _____

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

```
                                                           TERMED  CSMDDL
                                                                   TRANSF
                        U.S. District Court
         U.S. District Court for the District of Arizona (Tucson)

              CIVIL DOCKET FOR CASE #: 04-CV-351

Woods, et al v. Citigroup Inc, et al                      Filed: 07/12/04
Assigned to: Judge Frank R Zapata
          Referred to: Magistrate Judge Charles R Pyle
Demand: $0,000                                  Nature of Suit: 850
Lead Docket: None                               Jurisdiction: Federal Question
Dkt # in Pima Cty Sup Ct : is C20042935

Cause: 28:1331 Securities and Exchange Act of 1934


MICHAEL D WOODS, on behalf of      Jerry Mathias Myers
themselves                         FAX (520)792-0501
     pla                           [COR LD NTC ret]
                                   432 E Speedway
                                   Tucson, AZ 85705
                                   624-8512



==========================


ALLEN B LORENZI, on behalf of      Jerry Mathias Myers
themselves                         FAX (520)792-0501
     pla                           [COR LD NTC ret]
                                   432 E Speedway
                                   Tucson, AZ 85705
                                   624-8512



==========================


CITIGROUP INC                      Howard Ross Cabot, Esq
     dft                           FTS 351-8235
                                   FAX (602)648-7135
                                   [COR LD NTC ret]
                                   Perkins Coie Brown & Bain PA
                                   PO Box 400
                                   Phoenix, AZ 85001-0400
                                   (602)351-8000

                                   Seth M Schwartz
                                   [COR LD NTC ret]
                                   William F Clarke, Jr
                                   [COR LD NTC ret]
                                   Skadden Arps Slate Meagher &
                                   Flom LLP

Docket as of November 10, 2004 2:09 pm                    Page 1
```

Proceedings include all events.                                              TERMED
4:04cv351 Woods, et al v. Citigroup Inc, et al                               CSMDDL
                                                                             TRANSF
                            4 Times Sq
                            New York, NY 10036
                            (212)735-3000

============================

| | |
|---|---|
| SALOMON SMITH BARNEY INC,<br>Salmon Smith Barney Holdings<br>Inc<br>      dft | Howard Ross Cabot, Esq<br>FTS 351-8235<br>FAX (602)648-7135<br>[COR LD NTC ret]<br>Perkins Coie Brown & Bain PA<br>PO Box 400<br>Phoenix, AZ 85001-0400<br>(602)351-8000<br><br>Seth M Schwartz<br>[COR LD NTC ret]<br>William F Clarke, Jr<br>[COR LD NTC ret]<br>Skadden Arps Slate Meagher &<br>Flom LLP<br>4 Times Sq<br>New York, NY 10036<br>(212)735-3000 |

============================

| | |
|---|---|
| PRIMERICA FINANCIAL SERVICES<br>OF ARIZONA INC<br>      dft | Howard Ross Cabot, Esq<br>FTS 351-8235<br>FAX (602)648-7135<br>[COR LD NTC ret]<br>Perkins Coie Brown & Bain PA<br>PO Box 400<br>Phoenix, AZ 85001-0400<br>(602)351-8000<br><br>Seth M Schwartz<br>[COR LD NTC ret]<br>William F Clarke, Jr<br>[COR LD NTC ret]<br>Skadden Arps Slate Meagher &<br>Flom LLP<br>4 Times Sq<br>New York, NY 10036<br>(212)735-3000 |

============================

```
Proceedings include all events.                                      TERMED
4:04cv351 Woods, et al v. Citigroup Inc, et al                       CSMDDL
                                                                     TRANSF

CITICORP                         Howard Ross Cabot, Esq
     dft                         FTS 351-8235
                                 FAX (602)648-7135
                                 [COR LD NTC ret]
                                 Perkins Coie Brown & Bain PA
                                 PO Box 400
                                 Phoenix, AZ 85001-0400
                                 (602)351-8000

                                 Seth M Schwartz
                                 [COR LD NTC ret]
                                 William F Clarke, Jr
                                 [COR LD NTC ret]
                                 Skadden Arps Slate Meagher &
                                 Flom LLP
                                 4 Times Sq
                                 New York, NY 10036
                                 (212)735-3000


========================

CITIFINANCIAL INC                Seth M Schwartz
     dft                         [COR LD NTC ret]
                                 William F Clarke, Jr
                                 [COR LD NTC ret]
                                 Skadden Arps Slate Meagher &
                                 Flom LLP
                                 4 Times Sq
                                 New York, NY 10036
                                 (212)735-3000


========================

TRAVELERS PROPERTY CASUALTY      Seth M Schwartz
COMPANY, Travelers Property      [COR LD NTC ret]
Casualty Corp                    William F Clarke, Jr
     dft                         [COR LD NTC ret]
                                 Skadden Arps Slate Meagher &
                                 Flom LLP
                                 4 Times Sq
                                 New York, NY 10036
                                 (212)735-3000


========================

TRAVELERS INSURANCE COMPANY      Seth M Schwartz
     dft                         [COR LD NTC ret]
                                 William F Clarke, Jr
```

```
Proceedings include all events.                                      TERMED
4:04cv351 Woods, et al v. Citigroup Inc, et al                       CSMDDL
                          [COR LD NTC ret]                           TRANSF
                          Skadden Arps Slate Meagher &
                          Flom LLP
                          4 Times Sq
                          New York, NY 10036
                          (212)735-3000


==========================

TRAVELERS, Travelers Life &       Seth M Schwartz
Annuity Company                   [COR LD NTC ret]
     dft                          William F Clarke, Jr
                                  [COR LD NTC ret]
                                  Skadden Arps Slate Meagher &
                                  Flom LLP
                                  4 Times Sq
                                  New York, NY 10036
                                  (212)735-3000
```

```
Proceedings include all events.                                    TERMED
4:04cv351 Woods, et al v. Citigroup Inc, et al                     CSMDDL
                                                                   TRANSF

 7/12/04    1      NOTICE of removal from Pima County Superior Court; Court
                   Number: C20042935.  Considered for possible arbitration.
                   (lmf) [Entry date 07/20/04]

 7/22/04    2      NOTICE by dft Citigroup Inc, dft Salomon Smith Barney, dft
                   Primerica Financial, dft Citicorp, dft Citifinancial Inc of
                   Filing Tag-Along action with Judicial Panel Multidistrict
                   litigation. (lmf) [Entry date 07/29/04]

 7/28/04    3      Party elects assignment of case to district judge ; mag
                   election form ddl satisfied 7/28/04 (lmf)
                   [Entry date 08/02/04]

 8/2/04     4      MINUTE ORDER  Case reassigned  to Judge Frank R. Zapata  a
                   request has been received for a random reassignment of this
                   case to a District Judge.   Case reassigned  by random
                   draw to Judge Frank R Zapata.  All further pleadings should
                   now list the following COMPLETE case number:
                   CIV-04-351-TUC-FRZ .(with notice sent) (cc: all counsel)
                   [4-2] (lmf) [Entry date 08/02/04]

 8/4/04     5      ORDER  by Judge Frank R. Zapata Case referred  to
                   Magistrate Judge Charles R. Pyle for all pretrial
                   proceedings & report & recommendation in accordance with
                   the provisions of 28 U.S.C 636(b)(1) & Local Rules 1.16 &
                   1.17, Rules of Practice of the US District Court for the
                   District oif Arizona. All future filings in this case shall
                   be designated CV-04-351-TUC-FRZ-CRP. The parties are
                   directed to use this case number on all future filings
                   (cc: all counsel) (kt) [Entry date 08/05/04]

 8/11/04    6      MOTION to remand this case to Pima County Superior Court
                   by pla Michael D Woods, pla Allen B Lorenzi [6-1] (kt)
                   [Entry date 08/12/04]

 8/11/04    7      MEMORANDUM by pla Michael D Woods, pla Allen B Lorenzi re
                   motion to remand this case to Pima County Superior Court by
                   pla Michael D Woods, pla Allen B Lorenzi [6-1] [6-1] (kt)
                   [Entry date 08/12/04]

 8/30/04    8      STIPULATION  on motions to remand, prospective motion to
                   stay and response to complaint by pla, dft (kt)
                   [Entry date 08/31/04]

 8/31/04    9      MOTION for admission pro hac vice as to Seth M Schwartz,
                   atty for dft Citigroup Inc, dft Salomon Smith Barney, dft
                   Primerica Financial, dft Citicorp, dft Citifinancial Inc,
                   dft Travelers Property, dft Travelers Insurance, dft
                   Travelers [9-1] (kt) [Entry date 09/01/04]


Docket as of November 10, 2004 2:09 pm                             Page 5
```

```
Proceedings include all events.                                      TERMED
4:04cv351 Woods, et al v. Citigroup Inc, et al                       CSMDDL
                                                                     TRANSF
 8/31/04    10      MOTION for admission pro hac vice as to William F Clarke,
                    Jr, atty for dft Citigroup Inc, dft Salomon Smith Barney,
                    dft Primerica Financial, dft Citicorp, dft Citifinancial
                    Inc, dft Travelers Property, dft Travelers Insurance, dft
                    Travelers [10-1] (kt) [Entry date 09/01/04]

 9/1/04     11      ORDER  by Magistrate Judge Charles R. Pyle  granting
                    stipulation  on motions to remand, prospective motion to
                    stay and response to complaint by pla, dft; dft's shall
                    have until 9/10/04 to serve & file their brief in
                    opposition to pla's mtn to remand & proposed mtn to stay
                    these proceedings; pla's shall have until 9/20/04 to serve
                    & file their rply brief to the mtn to remand their brief in
                    opposition to such motion to stay; dft's shall have untilk
                    9/27/04 to serve & file a reply brief in support of any
                    such motion to stay; oral argument on the motions, if
                    allowed, shall be held simultaneously and at such time as
                    may be set by the Court; dft's shall not be required to
                    respond to the cmp or any amendments thereto until 10 days
                    after the Court files a decision on the motions, unless
                    otherwise agreed to by the parties or the Court grant's
                    dft's mtn to stay (cc: all counsel) (kt)
                    [Entry date 09/02/04]

 9/2/04     --      Pro Hac Vice $25 Fee Paid as to William F Clarke Jr (bas)
                    [Entry date 09/02/04]

 9/2/04     --      Pro Hac Vice $25 Fee Paid as to Seth M Schwartz (bas)
                    [Entry date 09/02/04]

 9/2/04     12      ORDER  by Magistrate Judge Charles R. Pyle  granting
                    motion for admission pro hac vice as to William F Clarke,
                    Jr, atty for dft Citigroup Inc, dft Salomon Smith Barney,
                    dft Primerica Financial, dft Citicorp, dft Citifinancial
                    Inc, dft Travelers Property, dft Travelers Insurance, dft
                    Travelers [10-1] (cc: all counsel) (kt)
                    [Entry date 09/07/04]

 9/2/04     13      ORDER  by Magistrate Judge Charles R. Pyle  granting
                    motion for admission pro hac vice as to Seth M Schwartz,
                    atty for dft Citigroup Inc, dft Salomon Smith Barney, dft
                    Primerica Financial, dft Citicorp, dft Citifinancial Inc,
                    dft Travelers Property, dft Travelers Insurance, dft
                    Travelers [9-1] (cc: all counsel) (kt) [Entry date 09/07/04]

 9/10/04    14      RESPONSE by dft to motion to remand this case to Pima
                    County Superior Court by pla Michael D Woods, pla Allen B
                    Lorenzi [6-1] (kt) [Entry date 09/13/04]

 9/10/04    15      MOTION for temporary stay pending a determination of
                    transfer of this action for consolidation withrelated
                    pending multidistrict litigation and memorandum of law in
                    support by dft [15-1] (kt) [Entry date 09/13/04]
```

```
Proceedings include all events.                                    TERMED
4:04cv351 Woods, et al v. Citigroup Inc, et al                     CSMDDL
                                                                   TRANSF
10/1/04    16         NOTICE by dft's of Issuance of MDL Conditional Transfer
                      Order (kt) [Entry date 10/01/04]

11/5/04    17         ORDER transferring case to the MDL panel (cc: all
                      counsel) (kt) [Entry date 11/10/04]
```

I hereby attest and certify on 11-10-04 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

04 CV 12262

DOCKET NO. 1354

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

*Michael D. Woods, et al. v. Citigroup, Inc., et al.,* D. Arizona, C.A. No. 4:04-351

### CONDITIONAL TRANSFER ORDER (CTO-10)

On August 29, 2000, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, nine additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Robert E. Keeton.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Keeton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 29, 2000, and, with the consent of that court, assigned to the Honorable Robert E. Keeton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 27 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST (CTO-10)
DOCKET NO. 1354
IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

Howard Ross Cabot
Perkins, Coie, Brown & Bain, P.A.
2901 North Central Avenue
P.O. Box 400
Phoenix, AZ 85001-0400

Jerry M. Myers
432 East Speedway
Tucson, AZ 85705

Seth M. Schwartz
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522