**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE CITIGROUP INC. CAPITAL ACCUMULATION PLAN LITIGATION** | MDL No. 1354 |
| **JOHNIE F. WEEMS**, individually and on behalf of others similarly situated,<br>　　Plaintiff,<br><br>　　v.<br><br>**CITIGROUP, INC., et al.**,<br>　　**Defendants.** | Civil Action No. 00CV11912-NG<br>(LEAD DOCKET NO.) |
| FREDERICK D. WEBB, individually and on behalf of others similarly situated,<br>　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP, INC., et al.,<br>　　Defendants. | Civil Action No. 03CV11400-NG<br>(ORIGINAL DOCKET NO.) |
| SEAN UDALL,<br>　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP, INC., et al.,<br>　　Defendants. | Civil Action No. 03CV11835-NG<br>(ORIGINAL DOCKET NO.) |
| DAVID N. CANCIENNE,<br>　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP, INC., et al.,<br>　　Defendants. | Civil Action No. 03CV12607-NG<br>(ORIGINAL DOCKET NO.) |

```
ALLEN B. LORENZI,¹            )
     Plaintiff,               )
                              )
                              )   Civil Action No. 04CV12262-NG
     v.                       )   (ORIGINAL DOCKET NO.)
                              )
CITIGROUP, INC., et al.,      )
     Defendants.              )

CRAIG HUNDT,                  )
     Plaintiff,               )
                              )
                              )   Civil Action No. 06CV12095-NG
     v.                       )   (ORIGINAL DOCKET NO.)
                              )
CITIGROUP GLOBAL MARKETS,     )
INC., et al.,                 )
     Defendants.              )

JOHN M. ANDREWS,              )
     Plaintiff,               )
                              )
                              )   Civil Action No. 07CV11625-NG
     v.                       )   (ORIGINAL DOCKET NO.)
                              )
CITIGROUP GLOBAL MARKETS,     )
INC.,                         )
     Defendant.               )
```

**GERTNER, D.J.:**

## ORDER OF CONSOLIDATION

The above-captioned cases are hereby **ORDERED** consolidated with the **lead case, Weems v. Citigroup, Civil Action No. 00-11912-NG,** pursuant to Fed. R. Civ. P. 42. The cases involve common parties -- the defendants. The cases also involve common legal and factual questions pertaining to Citigroup's Capital Accumulation Plan. Three of the cases were previously acknowledged as involving common issues, see Practice & Procedure

---

¹ By Order of the Court, Allen B. Lorenzi was substituted for Michael D. Woods. See Order of Dismissal (entered Jan. 26, 2007) (document # 671).

Order No. 17 (entered Mar. 3, 2004) (document # 387), and the parties have properly been making filings in the lead case. This Order is merely procedural and does not affect the rights of any party.

**All future pleadings and submissions shall be filed only under the lead case number 00-11912-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**
**Date: August 8, 2008**              */s/Nancy Gertner*
                                      **NANCY GERTNER, U.S.D.C.**